```
                                    FILED
                                   JUN - 5 2015
                              CLERK, U.S. DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA
                            BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br>　vs.<br>Brandon Bolton-Lewis,<br>　　　　　Defendant | CASE NO. 14CR1613-BAS<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 6/5/15

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE PETER C. LEWIS
　　　　　　　　　　　　　　　　United States Magistrate Judge